AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual <br><br> *Plaintiff(s)* <br> v. <br> DIGITAL OCEAN, INC. a Delaware corporation <br><br> *Defendant(s)* | Civil Action No. 2:15-cv-1938 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Digital Ocean, Inc.
C/O Corporation Services Company
2711 Centerville Road Suite 400
Wilmington, DE 19808

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Keith Scully, WSBA No. 28677
Newman Du Wors LLP
2101 Fourth Avenue Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
                                                                                         *Signature of Clerk or Deputy Clerk*

Civil Action No. 2:15-CV-1938

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* DIGITAL OCEAN, INC.
was received by me on *(date)* 12/10/15

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (authorized person at registered agent) , who is
designated by law to accept service of process on behalf of *(name of organization)* DIGITAL OCEAN, INC.
C/O CORPORATION SERVICE CO. 2711 CENTERVILLE RD. WILMINGTON, DE 19808 (AS REGISTERED AGENT) on *(date)* 12/10/15  AT 12:45 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: December 10, 2015

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET &REPORT ON THE
FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A
COPYRIGHT

SWORN TO ON 12/10/15

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015